FILED IN OPEN COURT
U.S.D.C. Rome

SEP 01 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>DARWIN ALEXIS FUENTES-QUIROZ | Criminal Information<br>No. 4:26-CR-00034 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 26, 2024, in the Northern District of Georgia, the defendant, DARWIN ALEXIS FUENTES-QUIROZ, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326.

THEODORE S. HERTZBERG
*United States Attorney*

DANIEL GRILL
*Assistant United States Attorney*
New York Bar No. 5807474
*Provisionally admitted to practice in the United States District Court for the Northern District of Georgia*

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181